O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.L. by her Guardian Ad Litem Osiel Lopez et al., <br><br>          Plaintiffs, <br>     v. <br> CITY OF GLENDALE et al., <br><br>          Defendants. | Case No. 2:11-cv-08484-ODW(SHx) <br><br> **ORDER TO SHOW CAUSE RE APPROVAL OF MINORS' SETTLEMENT** |

On May 13, 2013, the Defendants filed a Notice of Settlement with the Court. (ECF No. 98.)  Approximately four months later, on September 4, 2013, the parties filed a Status Report re Settlement with the Court stating that "[t]he parties have completed and executed the settlement documents, which call for dismissal of the case upon receipt of the settlement check, and are currently waiting for the settlement check to be issued."  (ECF No. 101.)

Because this case involves minor litigants, the parties should have filed a petition to approve the proposed settlement with the Court after it was finalized. District Courts derive a special duty from Federal Rule of Civil Procedure 17(c) to safeguard the interest of minor litigants. *Robidoux v. Rosengren*, 638 F.3d 117, 1181 (9th Cir. 2011).  In suits involving minor plaintiffs, this special duty requires a district court to conduct its own inquiry to determine whether the proposed settlement serves

the best interests of the minor. *Id.* (internal quotation marks omitted); L.R. 83-5.1 ("No claim in any action involving a minor or incompetent person shall be settled, compromised or dismissed without leave of the Court embodied in an order, judgment or decree.").

Thus, for the parties' settlement of the minors' claims to be enforceable, the settlement requires court approval. The Court therefore orders the parties to show cause why they did not petition the Court to confirm the settlement in this case prior to executing the settlement documents and settlement check. The Court sets a hearing for this matter for **Monday, September 23, 2013, at 1:30 p.m.** This hearing will be vacated upon the filing of a petition to confirm the minors' settlement in this case.

The Court **VACATES** the Order to Show Cause Hearing set for September 9, 2013. (ECF No. 100.)

**IT IS SO ORDERED.**

September 5, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**