O
JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.L., by her Guardian Ad Litem Osiel Lopez; et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF GLENDALE; et al.,<br><br>　　　　Defendants. | CASE NO.:<br>CV-11-08484 ODW (SHx)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL AND VACATING THE ORDER TO SHOW CAUSE HEARING** |

In accordance with Plaintiffs' request, the Court **DISMISSES WITH PREJUDICE** the claims against Defendants the County of Los Angeles, Gilda Davis, and Thomas Van Hoof.  Because all Plaintiffs have reached the age of majority, the case no longer involves any minor and no minor's compromises are needed for its resolution.  *See* Central District Local Rule 83-5.1. The Court, however, retains jurisdiction to enforce the terms of the settlement agreement for a period of one year from the date of this order.

It is so ORDERED.

Dated:  September 16, 2013            _____
　　　　　　　　　　　　　　　　　HONORABLE  OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　United States District Judge